**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**SAINT PAUL COMMODITIES, INC.**                                    **PETITIONER**

**VS.**                                        **CIVIL ACTION NO. 1:24CV145 TBM-RPM**

**OLEO-X, LLC**                                                    **RESPONDENT**

**RESPONDENT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7(c), Respondent Oleo-X, LLC ("Oleo-X") files this disclosure statement and shows as follows:

Oleo-X, LLC is a wholly owned subsidiary of O-X Holdings LLC.

O-X Holdings is a limited liability company with three members: Spent Catalyst LLC, GREP Renewables II LLC, and Mississippi Refinery LLC. All three members of O-X holdings are limited liability companies organized under the laws of Delaware.

I.      **Spent Catalyst LLC**

Spent Catalyst LLC is a single-member LLC with no parent corporation and no members domiciled in the State of Minnesota.

II.     **GREP Renewables II LLC**

GREP Renewables II LLC is owned by Atlatl Partners LLC, Edgewood Global Investments LLC, Hunky Dory Investments LLC, The Kelleher Family Foundation, and Viriditas OX LLC. All these members have no parent corporations.

Atlatl Partners LLC is a Delaware single-member limited liability company, and no member is domiciled in the State of Minnesota.

Edgewood Global Investments LLC is a Wyoming single-member limited liability company, and no member is domiciled in the State of Minnesota.

Hunky Dory Investments LLC is a Delaware single-member limited liability company, and no member is domiciled in the State of Minnesota.

The Kelleher Family Foundation is Pennsylvania nonprofit corporation with its principal place of business in Pennsylvania.

Viriditas OX LLC is a Delaware limited liability company with no members domiciled in the State of Minnesota

### III.    Mississippi Refinery LLC

Mississippi Refinery LLC is owned by TEI Wind Energy LLC, TEI LLC, GT Holdings LLC, Robert Kantor 2011 Trust, 125 Maiden Equities LLC, 306 West 97th Street Equities LLC, Transmark Equities LP, Hudson Street equities Group LP, HS Development Partners II LLC, HS Development Partners LLC, Francis J. Greenburger 2006 Trust, and Francis J. Greenburger 2013 Irrevocable Trust.

#### A.  TEI Wind Energy LLC

TEI Wind Energy is a Delaware limited liability company owned by GT Holdings LLC, TEI LLC, 132 West 22 Equities LLC, Robert Kantor 2011 Trust, 125 Maiden Equities LLC, 306 West 97th Street Equities LLC, HS Development Partners II LLC, Transmark Equities LP, Hudson Street Equities Group LP, HS Development partners LLC, the 2006 Francis J. Greenburger, and the 2013 Francis J. Greenburger Trust.

GT Holdings LLC is a New York single-member LLC owned by the 2003 Francis J. Greenburger Family Trust.

TEI LLC is a New York single-member LLC with no parent company and no member domiciled in the State of Minnesota.

132 West Equities 22 LLC is a New York LLC with two members neither of which are domiciled in the state of Minnesota.

**B. TEI LLC**

TEI LLC is a New York single-member LLC with no parent company and no member domiciled in the State of Minnesota.

**C. 125 Maiden Equities LLC**

125 Maiden Equities LLC is owned by natural persons not domiciled in the State of Minnesota, TEI LLC, GT Holdings LLC, West Street Investments LLC, Kantor 2020 Life Insurance Trust, Hudson Street Equities Group LP, Philip Becker Family Trust, Transmark Equities LP, Francis J. Greenburger 2006 Trust, Francis J. Greenburger 2013 Trust, The Steven J. Leibler Trust, Debra Chwast Revocable Trust, and Maiden Holdings Corporation.

TEI LLC is a New York single-member LLC with no parent company and no member domiciled in the State of Minnesota.

GT Holdings LLC is a New York single-member LLC owned by the 2003 Francis J. Greenburger Family Trust.

West Street Investments LLC is owned by TEI LLC, Rupertsland Holdings, Inc., The Steven J. Leibler Trust, Jonathan and Susan Newmark Revocable Trust, and the Deborah Chwast Revocable Trust.

Hudson Street Equities Group LP is a limited partnership owned by Ruperstland Holdings Inc., GT Holdings LLC, Rebecca Miller Living Trust, G Family Holdings LLC, Jonathan and Susan Newmark Revocable Trust, Debra Chwast Revocable Trust, Ilse Moss Trust, Arthur Travis Marital Trust, Thom A. Travis Living Trust, and private individuals not domiciled in the State of Minnesota.

Transmark Equities LP is a limited partnership owned by Rupertsland Holdings Inc., the Deborah Chwast Revocable Trust, Lake Street Equities LP, Jonathan and Susan Newmark Revocable Living Trust, GT Holdings LLC, Arthur Travis Marital Trust, Thom A. Travis Living Trust, Rebecca Miller Living Trust, G Family Holdings LLC, and private individuals not domiciled in the State of Minnesota.

Maiden Holdings Corporation is a New York corporation with its principal place of business in New York.

### D.  306 West 97th Street LLC

306 West 97th Street Equities LLC is owned by 132 West 22 Equities LLC, TEI LLC, TC Equities Holding Corporation, and CH equities Corporation.

132 West Equities 22 LLC is a New York LLC with two members neither of which are domiciled in the state of Minnesota.

TC Equities Holding Corporation is a New York Corporation with its principal place of business in New York.

CH Equities Corporation is a Delaware Corporation with its principal place of business in New York.

### E.  Transmark Equities LP

Transmark Equities LP is a limited partnership owned by Rupertsland Holdings Inc., the Deborah Chwast Revocable Trust, Lake Street Equities LP, Jonathan and Susan Newmark Revocable Living Trust, GT Holdings LLC, Arthur Travis Marital Trust, Thom A. Travis Living Trust, Rebecca Miller Living Trust, G Family Holdings LLC, and private individuals not domiciled in the State of Minnesota.

Rupertsland Holdings Corporation is a Delaware Corporation with its principal place of business in New York.

GT Holdings LLC is a New York single-member LLC owned by the 2003 Francis J. Greenburger Family Trust.

Lake Street Equities LP is owned by Rupertsland Holdings, Inc. Lillian Jaffe Trust, Robert K. Beck Revocable Trust, Eileen Weisbaum Irrevocable Trust, The Carren Family Trust, Deborah Chwast Revocable Trust, Jonathan Newmark Revocable Living Trust, and private individuals not domiciled in the State of Minnesota.

G Family Holdings LLC is a New York LLC owned by G Family Note LLC and G Family II LLC.

G Family Note LLC is a single-member Delaware LLC with no member domiciled in the State of Minnesota.

G Family II LLC is a single-member Delaware LLC owned by the 2012 G Family Trust.

**F.  Hudson Street Equities LP**

Hudson Street Equities Group LP is a limited partnership owned by Ruperstland Holdings Inc., GT Holdings LLC, Rebecca Miller Living Trust, G Family Holdings LLC, Jonathan and Susan Newmark Revocable Trust, Debra Chwast Revocable Trust, Ilse Moss Trust, Arthur Travis Marital Trust, Thom A. Travis Living Trust, and private individuals not domiciled in the State of Minnesota.

Rupertsland Holdings Corporation is a Delaware Corporation with its principal place of business in New York.

GT Holdings LLC is a New York single-member LLC owned by the 2003 Francis J. Greenburger Family Trust.

### G. HS Development Partners II LLC

HS Development Partners II LLC is owned by GT Holdings LLC, the 2013 Francis J. Greenburger Trust, and private individuals not domiciled in the State of Minnesota.

GT Holdings LLC is a New York single-member LLC owned by the 2003 Francis J. Greenburger Family Trust.

### H. HS Development Partners LLC

HS Development Partners LLC is a New York LLC owned by Time Equities, Inc., GT Holdings LLC, The Francis J. Greenburger 2013 Trust, and private individuals not domiciled in the State of Minnesota.

Time Equities, Inc. is a New York Corporation with its principal place of business in New York.

No publicly held corporation owns 10% or more of Oleo-X. None of Oleo-X's members or any corporation or natural person with residence attributable to Oleo-X resides in or is domiciled in the State of Minnesota.

Respectfully submitted,

/s/ *Jason Tullos*

Simon Bailey (MBN 103925)
Jason Tullos    (MBN 106703)
Bradley Arant Boult Cummings LLP
Suite 1000, One Jackson Place
188 East Capitol Street
Post Office Box 1789
Jackson, MS  39215-1789
Phone:  (601) 948-8000
Facsimile:  (601) 948-3000
sbailey@bradley.com
jtullos@bradley.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ *Jason Tullos*_____