IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SAINT PAUL COMMODITIES, INC.**                                            **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 1:24-cv-145-TBM-RPM**

**OLEO-X, LLC**                                                     **DEFENDANT**

---

**OLEO-X, LLC**                                                     **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 1:25-cv-71-TBM-RPM**

**ST. PAUL COMMODITIES, INC.**                                          **DEFENDANT**

## **JUDGMENT**

This matter having come before the Court on Oleo-X, LLC's Motion to Vacate Arbitration Award [43], the Court, after a full review and consideration of the Motion and the relevant legal authority, finds that in accordance with the Memorandum Opinion and Order entered this same day,

IT IS ORDERED AND ADJUDGED that the arbitration award issued on May 10, 2024, in favor of Saint Paul Commodities, Inc., is CONFIRMED.

IT IS FURTHER ORDERED AND ADJUDGED that this civil action is dismissed with prejudice.

This, the 6th day of October, 2025.

                                                          **TAYLOR B. McNEEL**
                                                          **UNITED STATES DISTRICT JUDGE**