UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| Saint Paul Commodities, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Oleo-X LLC, <br><br> Defendant. | Civil Action No. 1:24-cv-145 TBM-RPM |
| Oleo-X LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Saint Paul Commodities, Inc., <br><br> Defendant. | Civil Action No. 1:25-cv-71 TBM-RPM |

## JUDGMENT

The Court, after consideration of Saint Paul Commodities, Inc.'s Request for Entry of Final Judgment Pursuant to Fed. R. Civ. P. 58(d), finds that in accord with its October 6, 2025 Memorandum Opinion and Order ([Dkt. #50]), and there being no just reason for delay,

**IT IS, THEREFORE, ORDED AND ADJUDGED**, that Judgment be entered against Oleo-X LLC in the amount of $18,897,215.05, with additional damages/demurrage continuing to accrue at $100.00 per day for each of Saint Paul Commodities, Inc.'s 44 railcars still held by Oleo-X LLC ($4,400 per day). This amount shall be subject to post judgment interest, pursuant to 28 U.S.C. § 1961, from the date of this Judgment. Upon Oleo-X LLC releasing any or all of Saint Paul Commodities, Inc.'s 44 railcars, SPC shall file a request to amend this Judgment pursuant to Fed. R. Civ. P. 58.

**SO ORDERED AND ADJUDGED** this the 20th day of October, 2025

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**